**Order entered September 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00421-CV

### IN THE INTEREST OF H.D.V., JR. AND B.V., CHILDREN

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04711**

## ORDER

We **GRANT** appellant's September 15, 2015 unopposed third motion for extension of time to file brief and **ORDER** the brief be filed no later than October 19, 2015. We caution appellant that no further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
        JUSTICE